UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:08-CV-961-J-12 MCR

APR ENERGY, LLC,

 Plaintiff,

vs.

PAKISTAN POWER RESOURCES, LLC,
WALTERS POWER INTERNATIONAL, LLC,
and ASSOCIATED GROUP, a foreign corporation,

 Defendants.
_____/

## COMPLAINT

Plaintiff, APR ENERGY, LLC, sues Defendants, PAKISTAN POWER RESOURCES, LLC, WALTERS POWER INTERNATIONAL, LLC., and ASSOCIATED GROUP and alleges as follows:

### I. PARTIES, JURISDICTION, AND VENUE

1. This is an action for damages in excess of $75,000, excluding interest, costs and attorney's fees.

2. Plaintiff, APR ENERGY, LLC ("APR"), is a Florida limited liability company with its principal office for the performance of its usual and customary business located in Duval County, Florida.

3. Defendant, PAKISTAN POWER RESOURCES, LLC ("Pakistan Power"), is an Oklahoma limited liability company, which has conducted business relating to the matters asserted in this Complaint in Duval County, Florida. Specifically,

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

Pakistan Power, has communicated with APR, which is based in Duval County, Florida, relating to the assignment by APR to Pakistan Power of a power plant rental agreement and relating to subsequent payments by Pakistan Power to APR in Duval County, Florida, has made payments to APR in Duval County, Florida, has agreed by contract to Duval County, Florida as a venue and forum for this case, and has an obligation to make payment under an assignment agreement entered by Pakistan Power and APR to APR in Duval County, Florida.

4. Defendant, WALTERS POWER INTERNATIONAL, LLC. ("Walters Power"), is a Delaware limited liability company, which has conducted business relating to the matters asserted in this Complaint and committed torts in Duval County, Florida.

5. Defendant, ASSOCIATED GROUP, is a Pakistani company, which has conducted business relating to the matters asserted in this Complaint and committed torts in Duval County, Florida.

6. Defendants Walters Power and Associated Group are agents of Pakistan Power and have conducted business with and communicated with APR on behalf of Pakistan Power.

7. Venue and jurisdiction are properly laid in this Court because the matters giving rise to the claims set forth herein occurred in Duval County, Florida and the Defendant, Pakistan Power has agreed to jurisdiction and venue in Duval County. With respect to the other Defendants, Walters Power and Associated Group, venue and jurisdiction are properly laid in this Court because the matters giving rise to the claims set forth herein occurred in Duval County, Florida and the defendants through their principal

Pakistan Power have agreed to venue in Duval County. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391.

8. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are from different states and the amount in controversy is in excess of $75,000.

9. All conditions precedent to the bringing of this action have occurred or have been performed.

10. APR has retained the undersigned attorneys to represent it in the prosecution of this action, and is obligated to pay its attorneys their reasonable fees and expenses. APR is entitled to recover its attorney's fees pursuant to the agreement entered by the parties.

## II. FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

11. This is an action by APR, a worldwide provider of short, medium, and long term power generation solutions, to recover over Two Million Four Hundred Thousand Dollars ($2,400,000) due and owing by the Defendants to APR pursuant to an agreement entered into by the parties for the assignment of a power generation plant rental agreement and One Hundred Three Million Fifteen Thousand Four Hundred Sixty Seven Dollars ($103,015,467) in damages resulting from the Defendants' tortious interference with APR's business relations and a contract for power generation plant rental entered into between APR and a third party.

12. Associated Group is the majority shareholder of Pakistan Power, by virtue of its ownership of 65% of Pakistan Power's stock. Walters Power owns the remaining

-3-

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

35% of Pakistan Power's stock. Associated Group and Walters Power are the controlling principals of Pakistan Power. All the defendant entities share common officers, directors and/or shareholders.

### The Rental Agreement Between APR and NTDC

13. On September 18, 2006, APR entered into a rental agreement with National Transmission and Despatch Company Limited, a Pakistani company ("NTDC"), wherein APR agreed to rent power generation equipment and provide power generation services to NTDC, including power plant installation, maintenance, and operation for a period of thirty six months ("Operating Period"), located in Sheikhupura, Pakistan ("Rental Agreement"). A true and correct copy of the Rental Agreement is attached hereto as Exhibit "1." This project shall hereinafter referred to as the "Bhiki Power Plant."

14. The payment provisions of the Rental Agreement include a cash payment payable by NTDC to APR, on or before the effective date of the Rental Agreement, in the amount of Seven Million Two Hundred Eleven Thousand Eighty Three Dollars ($7,211,083) to be utilized for the mobilization of equipment and services at the site ("Mobilization Charges"). The effective date of the Rental Agreement was the date when all required licenses were obtained by NTDC, and the mobilization charges and certain letters of credit required under the Rental Agreement were delivered to APR.

15. In addition, the Rental Agreement provides that monthly rent shall be payable by NTDC to APR for each rental month in the amount of Two Million, Six Hundred Sixty One Thousand, Two Hundred and Twenty Three Dollars ($2,661,223)

("Monthly Rent"). Pursuant to Section 5 of the Rental Agreement, APR would receive Monthly Rent from NTDC after the occurrence of the Commercial Operation Date.

16. According to Section 1 of the Rental Agreement, "Commercial Operation Date" means the date upon which APR notifies NTDC in writing that the Equipment has been installed and accepted by NTDC.

17. Further, the agreement provides that a "Guaranteed Monthly Heat Rate Bonus" in the amount of Twenty One Million Seven Hundred Ninety Five Thousand Pak Rupees (Pak Rs 21,795,000) shall be payable by NTDC to APR in each Rental Month during the Operating Period for the guaranteed heat rate of 8999btu/kwhr at generator terminals at ISO conditions.

### The Assignment Agreement Between APR and Pakistan Power

18. On January 17, 2007, APR entered into an assignment agreement with Pakistan Power wherein APR assigned all of its rights, title and interest in, to and under the Rental Agreement, and also delegated its obligations under the Rental Agreement to Pakistan Power and Pakistan Power agreed to acquire all of the rights and to perform all of the obligations of APR under the Rental Agreement ("Assignment Agreement"). A true and correct copy of the Assignment Agreement and its amendments are attached hereto as Composite Exhibit "2."

19. Section 1.6 of the Assignment Agreement provides that Pakistan Power shall pay to APR the total sum of Seven Million Dollars ($7,000,000), as follows:

(a) One Million Six Hundred Thousand Dollars ($1,600,000), payable at the time of the closing of the Assignment Agreement;

(b) Eight Hundred Thousand Dollars ($800,000) within 15 days after the issuance of the required letter of credit under the Rental Agreement;

(c) One Million Five Hundred Thousand Dollars ($1,500,000), within five (5) business days after the Commercial Operation Date; and

(d) Three Million One Hundred Thousand Dollars ($3,100,000) payable over a period of 31 months at the rate of $100,000.00 per month, <u>from the proceeds of the rental payments under the Rental Agreement</u> after the Commercial Operation Date.

**20.** At all material times, it was clearly understood and agreed between the parties that upon the commencement of Pakistan Power's receipt of Monthly Rent payments under the Rental Agreement, Pakistan Power was to make the agreed upon payments that it owed to APR. According to the Assignment Agreement, Commercial Operation Date has the meaning given to it in the Rental Agreement.

### The Performance of the Assignment Agreement by APR and the Bad Faith Failure and Refusal to Perform by Pakistan Power, Walters Power, and Associated Group

**21.** APR fully performed under the Assignment Agreement, providing all the required documents and support to Pakistan Power for the performance of the Rental Agreement.

**22.** In January of 2007, APR made all the necessary arrangements to facilitate Pakistan Power's receipt and undertaking of the Rental Agreement, and Pakistan Power received and accepted the Mobilization Charges in the total amount of Seven Million Two Hundred Eleven Thousand Eighty-Three Dollars ($7,211,083) from NTDC.

**23.** In December of 2007, the Bhikhi Power Plant was successfully installed and commenced operations.

24.  On February 1, 2008, the Pakistan Electric Power Company (PVT) Limited, an agent or principal of the NTDC, forwarded a letter to Pakistan Power notifying Pakistan Power that commissioning of two of the three gas turbines to be installed on the Bhikhi Power Plant had been accepted, and such accepted was effective on December 19, 2007 and January 22, 2007 respectively ("First Notice of Acceptance"). A true and correct copy of the First Notice of Acceptance is attached hereto as Exhibit "3." Further, on April 11, 2008, the Pakistan Electric Power Company (PVT) Limited, notified Pakistan Power that the third turbine had been accepted, and such acceptance was effective on April 2, 2008. A true and correct copy of the Second Notice of Acceptance is attached hereto as Exhibit "4."

25.  Because the Commercial Operation Date was achieved, Pakistan Power, Walters Power, and Associated Group started receiving and accepting the Monthly Rent payments in the amount of Two Million Six Hundred Sixty One Thousand Two Hundred Thirty Three Dollars ($2,661,233) per month, and the Guaranteed Heat Rate Bonus in the amount of Twenty One Million Seven Hundred Ninety Five Thousand Pak Ruppees (Pak Rs 21,785,000) thereby receiving and enjoying all the benefits from the operations of the Bhikhi Power Plant. The fact that the Commercial Operation Date was achieved is clearly ascertainable from the First Notice of Acceptance and the Second Notice of Acceptance and is also demonstrated by the Defendants' receipt of the Monthly Rent from NTDC.

26.  Further, the Defendants, Pakistan Power, Walters Power, and Associated Group not only received and continue to receive the revenue under the Rental Agreement

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

resulting from the Assignment Agreement, but also actively sought and received the indirect and consequential benefits from the Rental Agreement associated with the public's good will through the advertising of the operations of the Bhikhi Power Plant in their websites as follows:

> "Walters Power International, through its affiliate, PAKISTAN POWER has originated and developed an $80M, 136MW power project <u>commissioned in December, 2007</u> outside of Lahore, Pakistan. This plant is powered by three General Electric LM6000 gas turbine generators. <u>Walters Power developed the guarantee mechanism with the government owned utility that allowed for this project to proceed and is now being used for many other power developments in Pakistan. WPI sourced the equipment, negotiated and administered the EPC, Start Up and Commissioning and the O&M agreements. As owners WPI provides regular oversight for plant operations.</u>
>
> ...
>
> Pakistan Power Resources- Walters Power International formed an Oklahoma limited liability company for the purpose of developing power projects in Pakistan in December 2006. Pakistan Power Resources, LLC is owned 35% by WPI and 65% by a Pakistan based partner Associated Group. <u>One $80M project has been completed</u> and two more projects totally over $200M are under development." A true and correct copy of the article exhibited at Walters Power website is attached hereto as Exhibit "5."

> "SHEIKHUPURA, Dec. 10 (APP): President Pervez Musharraf has urged the need to ensure short, mid and long-term strategies to cover the power shortage in the country. He was <u>addressing the inauguration ceremony of the 136MW Bhiki Power Plant</u> at Bhiki, 15 km from here Monday, completed by a private sector company Pakistan Power Resources (PAKISTAN POWER) in collaboration with the Associated Group (AG). (...) <u>Felicitating the PAKISTAN POWER for establishing the power plant at Bhikki in just six months</u>, Musharraf said that his plant would help ease the region's energy deficit. (...) PAKISTAN POWER Chairman, Iabal Z. Ahmad presented the address of welcome and presented a plaque to the President Musharraf to mark the occasion, while the latter presented shields to other distinguished guests." A copy of this

-8-

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM

article, which was posted at Walters Power website, is attached hereto as Exhibit "6."

"Pakistan Power Resources ("PAKISTAN POWER") is an Oklahoma-incorporated company that owns and operates the Fast-track 136MW Rental Power Plant at Bhikhi, District Sheikpura. The PAKISTAN POWER Plant utilizes 3xLM6000 GE aero-derivative gas turbines to produce electricity cheaply and efficiently, <u>The Plant was set up in a record short six months and was officially inaugurated in December 2007</u>. The project was awarded through an internationally –competitive bidding process and is the second Fast-track Rental Power Plant to have been set up in Pakistan. The Plant is situated alongside the 132KV Bhikhi Grid Station and the electricity is being purchased by the National Transmission and Dispatch Company Limited (NTDC). AG is a principal sponsor of PAKISTAN POWER. Its foreign cosponsor is Walters Power International, owned by former Oklahoma Governor Davit Walters." A true and correct copy of the article exhibited at Associated Group's website is attached hereto as Exhibit "7."

"In late 2007, AG installed and commissioned its 136 MW Bhikhi Power Plant in District Sheikhupura at an investment of US$80 million. The Plant is a first of its kind in Pakistan based on the Rental Model. It is also the first full-scale Power Plant in the country to be built in a record time of six months." A true and correct copy of the article exhibited at Associated Group's website is attached hereto as Exhibit "8."

27. Despite the fact that the Defendants already received the Mobilization Charges, are receiving the Monthly Rental Payments and the Guaranteed Heat Rate Bonus under the Rental Agreement, and are advertising the successful installation and operation of the Bhikhi Power Plant, the Defendants have, in bad faith, blatantly breached their agreement with APR and refused to make the required payments under the Assignment Agreement, including: (i) One Million Five Hundred Thousand Dollars ($1,500,000), payable within five (5) business days after the Commercial Operation Date; and (ii) Three Million One Hundred Thousand Dollars (3,100,000) payable over a period

-9-

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

of 31 months at the rate of One Hundred Thousand Dollars ($100,000) per month, from the proceeds of the rental payments under the Rental Agreement.

28. By letter dated April 30, 2008, APR advised Pakistan Power that the payment of One Million Five Hundred Thousand Dollars ($1,500,000) payable within five (5) business days after the Commercial Operation Date was past due and requested that payment be made immediately. APR also demanded payment of the monthly invoices in the amount of One Hundred Thousand Dollars ($100,000) required under the Assignment Agreement. True and correct copies of APR's letter and invoice sent by APR to Pakistan Power are attached hereto as Composite Exhibit "9."

29. Pakistan Power, in bad faith, and at the direction and the control of the other Defendants, Walters Power and Associated Group, simply ignored APR's invoice and request for payment and refused to make payment.

30. On August 14, 2008, APR demanded payment of the amounts due and owing by Pakistan Power to APR for the third time. A true and correct copy of the second demand letter is attached hereto as Exhibit "10."

31. To date, the Defendant, Pakistan Power, at the direction and under the control of the Defendants, Walters Power and Associated Group, in bad faith, continue to fail and refuse to make the required payments under the Assignment Agreement despite: (i) APR's written demands; (ii) the fact that the Defendants are exploiting and directly profiting from the good will resulting from the Assignment Agreement and consequent operation of the Bhikhi Power Plant; and (3) the fact that the Defendants are receiving Monthly Rent of Two Million Six Hundred Sixty One Thousand Two Hundred

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI    FORT LAUDERDALE    WEST PALM BEACH    ORLANDO    TAMPA    TALLAHASSEE    AMSTERDAM

Thirty Three Dollars ($2,661,233) and Guaranteed Heat Rate Bonus of Twenty One Million Seven Hundred Ninety Five Thousand Pak Rupees (Pak Rs 21,795,000) per month.

32. As a result thereof, the total amount immediately due and owing by Pakistan Power to APR under the Assignment Agreement exceeds Two Million Four Hundred Thousand Dollars ($2,400,000).

33. In addition, Pakistan Power's intentional interference with APR's rights under the Rental Agreement and fraudulent inducement in connection with the Assignment Agreement are costing APR the total amount of rent that APR would have the right to receive under the Rental Agreement. Moreover, had the Defendants not interfered with APR and had they not defrauded APR by falsely representing that they intended to perform under the Assignment Agreement, APR would have received revenues in the amount of One Hundred Three Million Fifteen Thousand Four Hundred Sixty Seven Thousand Dollars ($103,015,467).

## COUNT I - BREACH OF CONTRACT AGAINST PAKISTAN POWER

34. APR reaffirms and realleges paragraphs 1-34 as if fully set forth herein.

35. On January 17, 2007, APR entered into the Assignment Agreement with Pakistan Power wherein APR assigned all of its rights, title and interest in, to and under the Rental Agreement, and also delegated its obligations under the Rental Agreement to Pakistan Power and Pakistan Power agreed to accept and acquire all of the rights and to perform all of the obligations of APR under the Rental Agreement.

36. Section 1.6 of the Assignment Agreement provides that Pakistan Power shall make the following payments to APR: (c) One Million Five Hundred Thousand Dollars ($1,500,000), within five (5) business days after the Commercial Operation Date; and (d) Three Million One Hundred Thousand Dollars (3,100,000) over a period of 31 months at the rate of One Hundred Thousand Dollars ($100,000) per months, from the proceeds of the rental payments under the Rental Agreement after the Commercial Operation Date.

37. After having obtained the benefit of the Mobilization Charges, the Monthly Rent, and the Guaranteed Heat Rate Bonus, for an amount that exceeds Thirty Million Dollars ($30,000,000) under the Rental Agreement as a result of APR having fully performed under the Assignment Agreement, the Defendant, Pakistan Power, breached the Assignment Agreement by failing to pay APR the required payments due under the Assignment Agreement, in the total amount of Two Million Four Hundred Thousand Dollars ($2,400,000).

38. Additional damages accrue at the rate of $100,000 per month after the filing of this suit.

WHEREFORE, Plaintiff, APR ENERGY, LLC, demands judgment against Defendant, PAKISTAN POWER RESOURCES, LLC, for damages in the amount of $2,400,000 for Pakistan Power's breach of the Assignment Agreement and for such further and other relief as this Court deems just and proper.

**COUNT II – BREACH OF COVENANT OF GOOD FAITH AND FAIR DEALING AGAINST PAKISTAN POWER**

39. APR reaffirms and realleges paragraphs 1-34 as if fully set forth herein.

40. As referenced above, Pakistan Power breached its obligation under the Assignment Agreement.

41. In addition to breaching the express terms of the Agreement, Pakistan Power had breached the covenant of good faith and fair dealing that is implied into every contract.

42. In particular, Pakistan Power led APR to believe that Pakistan Power would make payments to APR under the Assignment Agreement from the Monthly Rent payments Pakistan Power would receive pursuant to the Rental Agreement assigned, when, in fact, Pakistan Power had no intention to make such payments to APR.

43. Pakistan Power breached that duty by entering into the Assignment Agreement in bad faith, preventing APR from performing the Rental Agreement and receiving the profits from the Rental Agreement, and in turn, failing to make the required payments to APR under the Assignment Agreement from the monthly payments Pakistan Power receives under the Rental Agreement.

44. As a direct and proximate result of Pakistan Power's breach of the covenant of good faith and fair dealing, APR has sustained extensive economic damages and loss, including, but not limited to, the payments due under the Assignment Agreement, the loss of income and profit from the operation of the Bhikhi Power Plant under the Rental Agreement, and the loss of the good will resulting from the operation of the Bhikhi Power Plant.

WHEREFORE, Plaintiff, APR ENERGY, LLC, demands judgment against Defendant, PAKISTAN POWER RESOURCES, LLC, for damages in excess of One

Hundred Million Dollars ($100,000,000), prejudgment interest, court costs and such other and further relief as this Court deems just and proper.

### COUNT III – UNJUST ENRICHMENT AGAINST PAKISTAN POWER, WALTERS POWER, AND ASSOCIATED GROUP

45. APR reaffirms and realleges paragraphs 1-34 as if fully set forth herein.

46. Walters Power and Associated Group dominate and control Pakistan Power to such an extent that the corporation, Pakistan Power, had and has no independent existence and was and is, in fact, the alter ego of Walters Power and Associated Group. Walters Power and Associated Group, as the sole shareholders of Pakistan Power, have used their ownership of Pakistan Power to control Pakistan Power solely for their own benefit to gain the economic return from the Rental Agreement without paying APR under the Assignment Agreement.

47. By transferring its rights under the Rental Agreement to the Defendant, Pakistan Power, APR conferred a substantial benefit upon the Defendants, Pakistan Power, Walters Power, and Associated Group, including, but not limited to, the payments received by the Defendants, directly or indirectly, under the Rental Agreement, and the good will associated with the operation of the Bhikhi Power Plant.

48. The Defendants have knowledge of the payments made to and on their behalf and the good will received by them.

49. The Defendants have knowingly and voluntarily accepted, retained and appreciated the benefit of the payments received by them, directly or indirectly, under the Rental Agreement and the good will associated with the operation of the Bhikhi Power Plant.

-14-

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

50.	Under the circumstances, it would be inequitable and unjust to allow the Defendants to retain the benefit of the payments under the Rental Agreement without compensating APR for the fair and equitable value of the transfer of the Rental Agreement. The Defendants have thus been unjustly enriched thereby.

WHEREFORE, Plaintiff, APR ENERGY, LLC, respectfully requests that this Court enter a judgment against defendants, PAKISTAN POWER RESOURCES, LLC, WALTERS POWER INTERNATIONAL, LLC, and ASSOCIATED GROUP, for damages, prejudgment interest, post judgment interest, court costs and for such other and further relief as this Court deems just and proper.

## COUNT IV – TORTIOUS INTERFERENCE WITH A CONTRACT AGAINST PAKISTAN POWER, WALTERS POWER, AND ASSOCIATED GROUP

51.	APR reaffirms and realleges paragraphs 1-34 as if fully set forth herein.

52.	APR was ready, willing, and able to perform under the Rental Agreement.

53.	Pakistan Power, Walters Power, and Associated Group were well aware of the Rental Agreement, and of APR's capacity to perform under the Rental Agreement.

54.	Pakistan Power, under the direction and control of Walters Power and Associated Group, intentionally interfered with the Rental Agreement by entering into the Assignment Agreement in bad faith when it had no intention of fully performing under the Assignment Agreement, and by inducing under fraudulent pretenses and causing APR to forfeit the benefits it would have received had it performed under the Rental Agreement instead of assigning it to Pakistan Power.

55.	Walters Power and Associated Group acted solely with an ulterior purpose for their own economic benefit.

-15-

MIADOCS 3019753 2

1500 Miami Center • 201 South Biscayne Boulevard, Miami, Florida 33131 • ph 305.358.6300 • fx 305.381.9982 • www.shutts.com

MIAMI   FORT LAUDERDALE   WEST PALM BEACH   ORLANDO   TAMPA   TALLAHASSEE   AMSTERDAM

56. Walters Power and Associated Group together own all the shares of Pakistan Power and have interfered with the Rental Agreement between APR and NTDC in order to reap a significant economic benefit from the Assignment Agreement by receiving all the benefits of the Rental Agreement and not paying the amounts due to APR under the Assignment Agreement.

57. Walters Power and Associated Group dominate and control Pakistan Power to such an extent that the corporation had and has no independent existence and was and is, in fact, the alter ego of Walters Power and Associated Group. Walters Power and Associated Group have used their privilege to control Pakistan Power and the shareholders of Pakistan Power improperly and solely for their benefit to gain the economic return form the Rental Agreement without paying APR under the Assignment Agreement.

58. Walters Power, Associated Group, and Pakistan Power's interference with the Rental Agreement between APR and NTDC was intentional and wrongful.

59. As a result of Walters Power, Associated Group, and Pakistan Power's wrongful and tortious interference, APR has suffered significant economic loss and damages, including the loss of income and profit from the operation of the Bhikhi Power Plant, and the loss of the good will resulting from the operation of the Bhikhi Power Plant.

WHEREFORE, Plaintiff, APR ENERGY, LLC, respectfully requests that this Court enter a judgment against defendants, PAKISTAN POWER RESOURCES, LLC, WALTERS POWER INTERNATIONAL, LLC., and ASSOCIATED GROUP, for

damages, interest, and cost and for such other and further relief as this Court deems just and proper.

## RESERVATION OF RIGHT TO CLAIM PUNITIVE DAMAGES

APR reserves the right to further amend its claim to show by evidence in the record or by proffer that Plaintiff is entitled to the recovery of punitive damages.

## DEMAND FOR JURY TRIAL

APR hereby demands trial by jury of all claims so triable as a matter of right.

Dated October 6, 2008.

Respectfully submitted,

Harold E. Patricoff, Esq.
Florida Bar No. 508357
*Attorneys for Plaintiff*
SHUTTS & BOWEN, LLP
201 South Biscayne Boulevard,
Suite 1500
Miami, Florida 33131
Telephone No.: (305) 347-7342
Fax No.: (305) 347-7742
*Email address*: patricoff@shutts.com