UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

APR ENERGY, LLC,

    Plaintiff,

vs.                                           Case No. 3:08-cv-961-J-25MCR

PAKISTAN POWER RESOURCES, LLC, et al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on the parties' Joint Motion for Entry of Agreed Confidentiality Order (Doc. 112) filed March 25, 2009. Pursuant to Rule 26(c), Federal Rules of Civil Procedure, the Court finds good cause for the entry of a confidentiality order in this case. Furthermore, the Court believes entry of a confidentiality order is appropriate to expedite the flow of discovery material, promote the prompt resolution of disputes over confidentiality, and facilitate the preservation of material arguably worthy of protection. See McCarthy v. Barnett Bank of Polk County, 876 F.2d 89, 91 (11th Cir. 1989); In re Alexander Grant & Co. Litigation, 820 F.2d 352, 356 (11th Cir. 1987).

The parties have attached a proposed Agreed Confidentiality Order to the motion. In reviewing the proposed Agreed Confidentiality Order, the Court notes it provides for the filing of sealed documents without prior approval of the Court. The parties should be aware that both public interest and Court policy discourage the filing of large volumes of information under seal. Leave of Court must be obtained **before**

confidential material may be filed under seal.  Accordingly, the Court has revised paragraph 7 of the proposed Agreed Confidentiality Order to provide that materials will be filed under seal only after Court approval is obtained.  In the absence of a showing of clear necessity and a lack of viable alternatives, the parties should not expect Court approval of the routine submission of materials for in camera filings.

Accordingly, after due consideration, it is hereby

**ORDERED**:

The parties' Joint Motion for Entry of Agreed Confidentiality Order (Doc. 112) is **GRANTED**.  The Court adopts the terms of the proposed Agreed Confidentiality Order drafted by the parties and attached to this Order, with the noted revision to paragraph 7.  The parties are hereby bound by those terms.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  26th  day of March, 2009.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record