UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

APR ENERGY, LLC,

    Plaintiff,

vs.                                                Case No. 3:08-cv-961-J-25MCR

PAKISTAN POWER RESOURCES, LLC, et al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Unopposed Motion for Leave of Court to File Documents Under Seal (Doc. 118) filed April 6, 2009. Plaintiff seeks to file under seal certain financial documents reflecting information regarding Defendants' bank accounts. Plaintiff's Motion is not entirely clear as to what Plaintiff seeks to file under seal. The Court is not certain if Plaintiff seeks to file its entire Responses to Defendants' Motions to Dismiss or whether it seeks to file specific exhibits under seal. As Plaintiff has already filed its responses to the Motions to Dismiss, the Court assumes Plaintiff now seeks leave to file separate exhibits under seal.

The Court will permit the sealing of the financial documents as exhibits because it finds there is a compelling interest in protecting the information and the sealing of these documents is narrowly tailored to that interest. See Brown v. Advantage Engineering, Inc., 960 F.2d 1013, 1016 (11th Cir. 1992), citing Wilson v. American Motors Corp., 759 F.2d 1568, 1571 (11th Cir. 1985).

-1-

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Unopposed Motion for Leave of Court to File Documents Under Seal (Doc. 118) is **GRANTED**. Plaintiff will be permitted to file exhibits to its Responses to Defendants' Motions to Dismiss under seal.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  7th  day of April, 2009.

*Monte C. Richardson*

MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record