UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

APR ENERGY, LLC,

    Plaintiff,

vs.                                                   Case No. 3:08-cv-961-J-25MCR

PAKISTAN POWER RESOURCES, LLC, et al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Emergency Motion to Compel (Doc. 152) filed July 22, 2009. Plaintiff seeks an Order directing Defendant, Pakistan Power Resources ("PPR"), to provide more complete responses to numerous interrogatories and requests for production of documents. On August 10, 2009, PPR filed a response to the instant motion pointing out that after Plaintiff filed the motion, the parties engaged in more discussions and were able to resolve the disputes surrounding many of the discovery requests. (Doc. 172). Counsel for PPR noted that Plaintiff's attorney filed the instant motion prior to completing discussions regarding the discovery disputes.[1]

---

[1] It appears counsel for Plaintiff failed to fully comply with either Rule 37, Fed.R.Civ.P. or Local Rule 3.01(g) which require a movant to confer with opposing counsel in an attempt to resolve the discovery dispute prior to seeking Court involvement. While counsel for Plaintiff did begin discussions, counsel for PPR attempted to continue the discussions on July 17, 2009. Counsel for Plaintiff failed to respond and instead on July 22, 2009, filed the instant motion.

-1-

As it appears many, if not most, of the issues raised in Plaintiff's Emergency Motion to Compel have been resolved, the Court will deny the motion without prejudice. The Court directs counsel for Plaintiff to confer with counsel for PPR in a good faith attempt to resolve any remaining issues and if the attorneys are unable to resolve the issues, Plaintiff shall file a new motion to compel raising only those issues. If necessary, Plaintiff shall file the renewed motion to compel no later than **Friday, August 28, 2009**. The Court sincerely hopes the attorneys will be able to resolve any discovery disputes without Court intervention.

Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Emergency Motion to Compel (Doc. 152) is **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this 14th day of August, 2009.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record