UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

APR ENERGY, LLC,

    Plaintiff,

vs.                                               Case No. 3:08-cv-961-J-25MCR

PAKISTAN POWER RESOURCES, LLC, et al.,

    Defendants.
_____/

# **O R D E R**

**THIS CAUSE** is before the Court on Plaintiff's Motion to Strike Pakistan Power Resources, LLC's Affirmative Defenses (Doc. 214) filed October 28, 2009. On November 13, 2009, Defendant, Power Resources, LLC ("PPR") filed a response noting that it had filed an Amended Answer, Defenses, and Counterclaims (Doc. 215). As such, PPR contends its original Answer and Affirmative Defenses are no longer before the Court and the instant Motion is due to be denied as moot. The Court agrees. Accordingly, after due consideration, it is

**ORDERED**:

Plaintiff's Motion to Strike Pakistan Power Resources, LLC's Affirmative Defenses (Doc. 214) is **DENIED** as moot.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  16th  day of November, 2009.

                                                   *Monte C. Richardson*
                                                   MONTE C. RICHARDSON
                                          UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record