UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASE NO.: 3:08- CV -00961-HLA- MCR

APR ENERGY, LLC,

    Plaintiff,

vs.

PAKISTAN POWER RESOURCES, LLC,
WALTERS POWER INTERNATIONAL, LLC,
and ASSOCIATED GROUP, a foreign corporation,

    Defendants,
_____/

**PLAINTIFF, APR ENERGY, LLC'S AGREED MOTION TO VACATE WRIT OF GARNISHMENT AND DISCHARGE GARNISHMENT BOND FILED WITH THE COURT ON OCTOBER 28, 2008 [D. E. 20]**

Plaintiff, APR ENERGY, LLC, ("APR"), pursuant to Rule 3.01 of the Local Rules of the Middle District of Florida, moves this Court for an Agreed Order vacating Prejudgment Writs of Garnishment issued on October 28, 2008, [D. E. 21 & 22], and discharging the Garnishment Bond in the amount of the $4,800,000 posted on October 28, 2008 [D. E. 20]. The parties reached an amicable settlement of this lawsuit during mediation on November 19, 2009, which includes the resolution of all issues related to the Prejudgment Writs of Garnishment and the Garnishment Bond. In support of this Agreed Motion, APR states:

**BACKGROUND FACTS**

1.    On October 28, 2009, APR filed Plaintiff's Ex-Parte Verified Emergency Motion for Issuance of Prejudgment Writs of Garnishment, [D. E. 18], which was granted by the Court. [D. E. 19] On that same day, APR posted a bond for $4,800,000. [D. E. 20] Thereafter, pursuant to the Court's Order, two writs were issued and served upon Wachovia Bank, NA and Bancfirst

seeking the garnishment of funds in the name of Pakistan Power Resources, LLC ("PPR"), and Walters Power International, LLC ("WPI") (the "Writs of Garnishment"). [D. E. 9; 10]

2. On November 11, 2008, Bancfirst filed its Motion to Dismiss and/or Dissolve the Prejudgment Writ of Garnishment, [D. E. 12], and its answer stating that Bancfirst held and retained $221,465 in the name of PPR and $245,302 in the name of WPI. [D. E. 13] Thereafter, Wachovia Bank, N. A., filed its answer stating that it held no accounts in the name of any of the Defendants. [D. E. 25]

3. On February 20, 2009, the Magistrate entered an Order granting Bancfirst's Motion to Dissolve Writ of Garnishment. [D. E. 98] Thereafter, APR filed its Objections to this Order [D. E. 107] and PPR and Bancfirst filed Responses. [D. E. 116 & 117]

4. On October 24, 2009, APR was required to renew the Garnishment Bond.

5. On November 19, 2009, the parties reached a settlement of all the claims raised and that could have been raised in this lawsuit, including all claims related to the Prejudgment Writs of Garnishment and the Garnishment Bond. The parties have filed, contemporaneously with this Motion, a Joint Stipulation of Dismissal with Prejudice of all claims and counterclaims in this lawsuit.

### RELIEF REQUESTED

For the reasons stated herein, APR now seeks an order vacating the Prejudgment Writs of Garnishment and discharging the Garnishment Bond *nunc pro tunc* as of October 24, 2009, the date of renewal of the Garnishment Bond.

### MEMORANDUM OF LAW

A prejudgment writ of garnishment is issued to protect the plaintiff when "the plaintiff believes that the defendant will not have in his or her possession, after execution is issued,

tangible or intangible property in this state and in the county in which the action is pending on which a levy can be made sufficient to satisfy the plaintiff's claim." Florida Statutes Section 77.031 (2009). Moreover, the sole purpose of an attachment bond and the requirement that the bond be in place is to protect the debtor, who owns the property, from an improper use of the attachment remedy. See Polluck v. Murray, 38 Fla. 105, 114 (1896).  In this case, the Prejudgment Writs of Garnishment should be vacated and the Garnishment Bond should be discharged because the parties have reached an amicable settlement of all claims raised and that could have been raised in this lawsuit, including all issues and claims related to the Prejudgment Writs of Garnishment.

WHEREFORE, Plaintiff, APR Energy, LLC, respectfully requests that the Court enter an Agreed Order vacating the Prejudgment Writs of Garnishment and dismissing the Garnishment Bond *nunc pro tunc* as of October 24, 2009, as well as for such additional relief as this Court deems just and appropriate

Dated this 29th day of January, 2010.

Respectfully submitted,

COUNSEL FOR PLAINTIFF
Harold E. Patricoff, Fla. Bar No. 508357
Aliette D. Rodz, Fla. Bar No. 0173592
SHUTTS & BOWEN LLP
1500 Miami Center
201 South Biscayne Boulevard
Miami, Florida  33131
Telephone: 305-358-6300
Fax: 305-381-9982

By:_/s/ Harold E. Patricoff _____
    Harold E. Patricoff
    hpatricoff@shutts.com

and

CO-COUNSEL FOR PLAINTIFF
Charles P. Pillans, III, Fla. Bar No. 100066
BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
101 East Adams Street
Jacksonville, Florida 32202
Telephone: 904-353-0211
Fax: 904-353-9307

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01

I HEREBY CERTIFY that before filing the instant motion, the undersigned conferred with opposing counsel in a good faith effort to resolve the issues raised herein and opposing counsel agrees with the relief requested.

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system which will send notice of the electronic filing on this day to all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

　　　　　　　　　　　　　　　　　　　__s/ Harold E. Patricoff___

**SERVICE LIST**

**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**CASE NO.: 3:08-CV-00961-HWM-MCR**

Charles P. Pillans, III
Bedell, Dittmar, DeVault, Pillans & Coxe, PA
The Bedell Bldg
101 E Adams St
Jacksonville, FL 32202
904/353-0211
904/353-9307 (fax)
cpp@bedellfirm.com

Robert Eric Bilik
McGuire Woods, LLP
Suite 3300
50 N Laura Street
Jacksonville, FL 32202
904/798-3200
ebilik@mcguirewoods.com

Sara F. Holladay-Tobias
McGuire Woods, LLP
Suite 3300
50 N Laura Street
Jacksonville, FL 32202
904/798-2662
904/360-6317 (fax)
sfhollad@mcguirewoods.com

Jeffrey S. York
McGuire Woods, LLP
*Counsel for Defendants*
Suite 3300
50 N Laura St
Jacksonville, FL 32202
904/798-3200
904/360-6330 (fax)
jyork@mcguirewoods.com

Joe E. Edwards
Day, Edwards, Propester & Christensen, P.C.
Suite 2900, Oklahoma Tower
210 Park Avenue
Okalhoma City , OK 73102
405/239-2121
Email: edwards@dayedwards.com

Corby C. Anderson
McGuire Woods, LLP
Suite 2900
100 N Tryon Street
Charlotte, NC 28202
704/373-8999
Email: canderson@mcguirewoods.com

Nancy A. Beyer Benton
McGuire Woods, LLP
Suite 3300
50 N Laura Street
Jacksonville, FL 32202
904/798-2611
Fax: 904/798-3266
Email: nbeyerbenton@mcguirewoods.com

      /s/Harold E. Patricoff